IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00644–WYD–KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

DR. COHEN, individual and official capacity,
ELAINE MEYER, individual and official capacity, and
DR. R. FISH, individual and official capacity,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -8 2011

GREGORY C. LANGHAM
                            CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated this 8th day of June, 2011.

BY THE COURT:

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00644-WYD-KMT

Wyatt T. Handy, Jr.
Prisoner No. 1006451
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155-4918

US Marshal Service
Service Clerk
Service forms for: Dr. Cohen, Elaine Meyer, and Dr. R. Fish

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Dr. Cohen, Elaine Meyer, and Dr. R. Fish: COMPLAINT FILED 3/15/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/8/11.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk