IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00644–WYD–KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

DR. COHEN, individual and official capacity,
ELAINE MEYER, individual and official capacity, and
DR. R. FISH, individual and official capacity,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on Plaintiff's "Motion for Subpoena to Produce" (Doc. No. 30, filed July 12, 2011). Pursuant to Fed. R. Civ. P. 45(a) Plaintiff requests thirteen subpoenas from the Clerk, signed but otherwise blank. The motion is GRANTED. The Clerk is directed to send thirteen signed subpoenas to Plaintiff.

Dated: July 15, 2011